UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-31162

_____

GARY D. SALTER,

                                        Plaintiff-Appellant,

                        versus

UNITED STATES OF AMERICA,

                                        Defendant-Appellee.

_____

No. 99-30609

GARY D. SALTER,

                        Plaintiff - Appellant-Cross-Appellee

                        versus

SECRETARY U.S. DEPARTMENT OF TREASURY; ET AL,

                                                Defendants

UNITED STATES OF AMERICA,

                        Defendants - Appellee-Cross-Appellant.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(96-CV-820)
_____

March 2, 2000

Before HIGGINBOTHAM and PARKER, Circuit Judges, and ATLAS,[*]
District Judge.

PER CURIAM:[**]

        AFFIRMED.  See 5th Cir. R. 47.6.

_____

        [*]District Judge of the Southern District of Texas, sitting by
designation.

        [**] Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.